# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Mitchell Schorr Rev. Trust U/A DTD 3-20-98, Individually and on Behalf of All Others Similarly Situated,<br><br>V.<br><br>SiRF Technology Holdings, Inc., Diosdado P. Banatao, Michael L. Canning, Geoffrey Ribar and Kanwar Chadha | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>CV 08  1121 MMC |

TO: (Name and address of defendant)

SiRF Technology Holdings, Inc.
217 Devcon Drive
San Jose, CA 95112

*And the Above Named Defendants*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jordan L. Lurie
WEISS & LURIE
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024

Telephone: (310) 208-2800

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen

(BY) DEPUTY CLERK

FEB 25 2008
DATE