1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    DAVID M. FURBUSH
2   2475 Hanover Street
    Palo Alto, CA  94304-1114
3   Telephone: (650) 233-4500
    Facsimile: (650) 233-4545
4

    Attorneys for Defendants
5   SiRF TECHNOLOGY HOLDINGS, INC.,
    MICHAEL L. CANNING, DIOSDADO P.
6   BANATAO, GEOFFREY RIBAR AND
    KANWAR CHADHA
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11  ─────────────────────────────────

12  SAMMY ESSES, Individually and On          )   No. 08 CV 00856 MMC
    Behalf of All Others Similarly Situated,  )
13                                            )
                    Plaintiff,                )
14                                            )
        vs.                                   )
15                                            )   STIPULATION AND ~~PROPOSED~~
    SiRF TECHNOLOGY HOLDINGS, INC.,           )   CONSOLIDATION ORDER
16  MICHAEL L. CANNING, DIOSDADO P.           )
    BANATAO, GEOFFREY RIBAR and               )
17  KANWAR CHADHA,                            )
                                              )
18                  Defendants.               )
    ─────────────────────────────────
19                                            )
    BRIAN J. MAJUR, Individually and On       )   No. 08 CV 01013 MMC
20  Behalf of All Others Similarly Situated,  )
                                              )
21                  Plaintiff,                )
                                              )
22                                            )
        vs.                                   )
23                                            )
    SiRF TECHNOLOGY HOLDINGS, INC.,           )
24  MICHAEL L. CANNING, DIOSDADO P.           )
    BANATAO, GEOFFREY RIBAR and               )
25  KANWAR CHADHA,                            )
                                              )
26                  Defendants.               )
    ─────────────────────────────────
27

28

| | | |
|---|---|---|
| 1 | ALAN NUSSBAUM, On Behalf of Himself and All Others Similarly Situated, ) ) ) | No. 08 CV 00905 JSW |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | ) | |
| 5 | vs. ) ) | |
| 6 | SiRF TECHNOLOGY HOLDINGS, INC., DIOSDADO P. BANATAO, MICHAEL L. CANNING, KANWAR CHADHA and GEOFFREY RIBAR, ) ) ) ) | |
| 7 | ) | |
| 8 | Defendants. ) ) | |
| 9 | ) | |
| 10 | GARY MITCHELL SCHORR REV. TRUST U/A DTD 3-20-98, Individually and on Behalf of All Others Similarly Situated, ) ) ) | No. 08 CV 01121 MMC |
| 11 | ) | |
| 12 | Plaintiff, ) ) | |
| 13 | vs. ) ) | |
| 14 | SiRF TECHNOLOGY HOLDINGS, INC., DIOSDADO P. BANATAO, MICHAEL L. CANNING, GEOFFREY RIBAR and KANWAR CHADHA ) ) ) ) | |
| 15 | ) | |
| 16 | Defendants. ) ) | |
| 17 | ) | |
| 18 | SIDNEY FIELDEN, AS TRUSTEE ON BEHALF OF THE SIDNEY AND MILDRED FIELDEN JOINT REVOCABLE TRUST on behalf of itself and all others similarly situated, ) ) ) ) ) | No. 08 CV 01104 MHP |
| 19 | ) | |
| 20 | ) | |
| 21 | Plaintiff, ) ) | |
| 22 | ) | |
| 23 | vs. ) ) | |
| 24 | SiRF TECHNOLOGY HOLDINGS, INC., DIOSDADO P. BANATAO, MICHAEL L. CANNING, KANWAR CHADHA and GEOFFREY RIBAR, ) ) ) ) | |
| 25 | ) | |
| 26 | Defendants. ) ) | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| JAMES FURMAN, Individually And On Behalf of All Others Similarly Situated, | ) ) ) | No. 08 CV 01122 WHA |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| SiRF TECHNOLOGY HOLDINGS, INC., MICHAEL L. CANNING, DIOSDADO P. BANATAO, KANWAR CHADHA and GEOFFREY RIBAR, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| RODNEY HUNTER, Individually And On Behalf of All Others Similarly Situated, | ) ) ) | No. 08 CV 01210 SC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| SiRF TECHNOLOGY HOLDINGS, INC., MICHAEL L. CANNING, DIOSDADO P. BANATAO, GEOFFREY RIBAR and KANWAR CHADHA, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties hereby stipulate, and the Court hereby orders, as follows:

**CONSOLIDATION OF RELATED CASES**

1. The above-captioned actions are related cases within the meaning of Civil L.R. 3-12. Pursuant to FRCiv P. 42(a), these cases are hereby consolidated into Civil Action No. C08-00856 for pretrial proceedings before this Court. The consolidated action shall be captioned: "*In re SiRF Technology Holdings, Inc. Securities Litigation*."

2. Counsel for Defendants hereby accept service of all complaints and summonses in the above-captioned matters pursuant to Federal Rule of Civil Procedure 4(d).

3. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related

1  action, absent order of the Court.  A party that objects to such consolidation, or to any other

2  provision of this Order, must file an application for relief from this Order within thirty (30) days

3  after the date on which a copy of this Order is served on the party's counsel.

4      4.    This Order is entered without prejudice to the rights of any party to apply for

5  severance of any claim or action, for good cause shown.

6  **MASTER DOCKET AND CAPTION**

7      5.    The docket in Civil Action No. C-08-00856 shall constitute the Master Docket for

8  this action.

9      6.    Every pleading filed in the consolidated action shall bear the following caption:

10 UNITED STATED DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 In re SiRF TECHNOLOGY HOLDINGS, INC.  )
   SECURITIES LITIGATION  )  Master File No.
13 )  C 08 00856
   )
14 )
   _____ )  CLASS ACTION
15 This Document Related To:  )
   )
16 )
   )
17 _____ )

18     7.    The file in Civil Action No. C08 00856 shall constitute a Master File for every action

19 in the consolidated action.  When the document being filed pertains to all actions, the phrase "All

20 Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading

21 applies only to some, not all, of the actions, the documents shall list, immediately after the phrase

22 "This Document Relates To:", the docket number of each individual action to which the document

23 applies, along with the last name of the first-listed plaintiff in said action (e.g., "No. C-08-00856

24 (Esses))."

25     8.    The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever

26 a case that should be consolidated into this action is filed in, or transferred to, this District.  If the

27 Court determines that the case is related, the clerk shall:

28     (a)    place a copy of this Order in the separate file for such action;

1        (b)    serve on plaintiff's counsel in the new case a copy of this Order;

2        (c)    direct that this Order be served upon defendants in the new case; and

3        (d)    make the appropriate entry in the Master Docket.

4  **LEAD PLAINTIFF'S COUNSEL**

5  9.  After the Court has designated a Lead Plaintiff and Lead Plaintiff's Counsel, pursuant to
6  15 U.S.C. § 78u-4(a)(3), Lead Plaintiff's Counsel shall have authority to speak for, and enter into
7  agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement
8  negotiations. Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances
9  on behalf of plaintiffs and for dissemination of notices and orders. Lead Plaintiff's Counsel shall be
10  responsible for communications with the Court on behalf of all plaintiffs. Lead Plaintiff's Counsel shall
11  maintain a master service list of all parties and counsel, and service upon Lead Plaintiff's Counsel shall be
12  deemed sufficient to effect service on all plaintiffs.

13  10.  Defendants' counsel may rely upon agreements made with Lead Plaintiff's Counsel. Such
14  agreements shall be binding on all plaintiffs.

15  **PLEADINGS AND MOTIONS**

16  11.  Following the appointment of a Lead Plaintiff and Lead Plaintiff's Counsel, the
17  parties shall meet and confer and submit a mutually agreeable schedule for the filing of a
18  consolidated complaint (or designation of an operative complaint), as well as for the briefing and
19  hearing of responses thereto. The consolidated or operative complaint shall supersede all complaints
20  filed in any of the actions consolidated herein.

21  12.  Defendants are not required to respond to the complaint in any action consolidated
22  into this action, other than a consolidated complaint filed by the Lead Plaintiff or a complaint
23  designated as the operative complaint by the Lead Plaintiff.

24  13.  The above-captioned cases have been designated for this Court's Electronic Case
25  Filing Program, and all pleadings and papers shall be electronically served in accordance with the
26  Local Rules and General Orders of this Court regarding Electronic Case Filing. To the extent that
27  any papers are not electronically filed, the Defendants and the Lead Plaintiff shall serve all such
28  papers on each other by hand, by overnight delivery, or facsimile, unless otherwise agreed upon.

1  Notwithstanding the foregoing, and paragraph 9 above, in the event that Defendants elect to serve

2  plaintiffs' counsel other than Lead Plaintiff's Counsel, they may do so by first-class mail, unless

3  otherwise agreed upon by the parties.

4       Dated: March 13, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID M. FURBUSH
2475 Hanover Street
Palo Alto, CA  94304-1114


By    /s/ David M. Furbush

Attorneys for Defendants
SIRF TECHNOLOGY HOLDINGS, INC.,
MICHAEL L. CANNING, DIOSDADO P.
BANATAO, GEOFFREY RIBAR AND KANWAR
CHADHA

13      Dated: March 13, 2008.

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
100 Pine Street, Suite 2600
San Francisco, CA  94111


By        /s/ Shawn A. Williams

Attorneys for Plaintiff
SAMMY ESSES, Individually and On Behalf of
All Others Similarly Situated

21      Dated: March 13, 2008.

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067


By    /s/ Michael Goldberg

Attorneys for Plaintiff
BRIAN J. MAJUR and On Behalf of All Others
Similarly Situated

| | |
|---|---|
| 1 | Dated: March 13, 2008. |
| 2 | STULL, STULL & BRODY |
|   | PATRICE L. BISHOP |
| 3 | 10940 Wilshire Boulevard, Suite 2300 |
|   | Los Angeles, CA  90024 |
| 4 | |
| 5 | By ___/s/ Patrice L. Bishop_____ |
| 6 | ABRAHAM FRUCHTER & TWERSKY LLP |
|   | JEFFREY ABRAHAM |
| 7 | One Penn Plaza, Suite 2805 |
|   | New York, NY  10119 |
| 8 | |
|   | Attorneys for Plaintiff |
| 9 | ALAN NUSSBAUM, on Behalf of Himself and All Others Similarly Situated |
| 10 | |
| | Dated: March 13, 2008. |
| 11 | |
| 12 | WEISS & LURIE |
|   | JORDAN L. LURIE |
|   | LEIGH A. PARKER |
| 13 | ZEV B. ZYSMAN |
|   | 10940 Wilshire Boulevard, Suite 2300 |
| 14 | Los Angeles, CA  90024 |
| 15 | |
|   | By ___/s/ Jordan L. Lurie_____ |
| 16 | |
|   | Attorneys for Plaintiff |
| 17 | GARY MITCHELL SCHORR REV. TRUST |
|   | U/A DTD 3-20-98, Individually and on Behalf of |
| 18 | All Others Similarly Situated |
| 19 | Dated: March 13, 2008. |
| 20 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
|   | FRANCIS M. GREGOREK |
| 21 | BETSY C. MANIFOLD |
|   | RACHELE R. RICKERT |
| 22 | MARISA C. LIVESAY |
|   | Symphony Towers |
| 23 | 750 B Street, Suite 2770 |
|   | San Diego, CA  92101 |
| 24 | |
| 25 | By ___/s/ Betsy C. Manifold_____ |
| 26 | Attorneys for Plaintiff |
|   | SIDNEY FIELDEN, AS TRUSTEE ON BEHALF |
| 27 | OF THE SIDNEY AND MILDRED FIELDEN |
|   | JOINT REVOCABLE TRUST on behalf of itself |
| 28 | and all others similarly situated |

| | |
|---|---|
| 1 | Dated: March 13, 2008. |
| 2 | GIRARD GIBBS LLP |
|   | JONATHAN K. LEVINE |
| 3 | AARON M. SHEANIN |
|   | BERNARD J. KORNBERG |
| 4 | 601 California Street, Suite 1400 |
|   | San Francisco, CA 94108 |

By    /s/ Arron M. Sheanin_____

Attorneys for Plaintiff
JAMES FURMAN, Individually and On Behalf
Of All Others Similarly Situated

Dated: March 13, 2008.

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

By    /s/ Alan R. Plutzik_____

Attorneys for Plaintiff
RODNEY HUNTER, Individually and On Behalf
Of All Others Similarly Situated

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

   /s/ David M. Furbush_____

## **ORDER**

PURSUANT TO STIPULATION, IT IS **SO ORDERED.**

DATED: March 14, 2008

_____
Hon. Maxine M. Chesney
United States District Judge