| Attorney or Party without Attorney:<br>WEISS & LURIE<br>10940 WILSHIRE BLVD., 24TH FL<br>LOS ANGELES, CA 90024<br>Telephone No: 310-208-2800   FAX No: 310-209-2348 | | | | For Court Use Only<br><br>FILED<br>08 MAR 27 AM 11: 28 |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref No. or File No.:<br>SIRF | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: GARY MITCHELL SCHORR REV.; ET AL | | | | |
| Defendant: SIRF TECHNOLOGY HOLDINGS, INC.; ET AL | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS CIVIL/CASE** | Hearing Date:<br>Fri, Jun. 06, 2008 | Time:<br>10:30AM | Dept/Div:<br>CTRM 17 | Case Number:<br>CV 08 1121 MMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CERTIFICATION OF NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER;STANDING ORDERS; ECF REGISTRATION INFORMATION HANDOUT; BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS;BLANK WAIVER OF SERVICE OF SUMMONS; CERTIFICATION OF INTERESTED ENTITIES OF PERSONS; ADR PACKET

3. a. Party served: SIRF TECHNOLOGY HOLDINGS, INC.
   b. Person served: BECKY DEGEORGE, AUTHORIZED AGENT @ CSC LAWYERS INCORPORATING SERVICE

4. Address where the party was served: 2730 GATEWAY OAKS DRIVE, SUITE 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 07, 2008 (2) at: 11:00AM

7. Person Who Served Papers:
   a. LISA M. SANTOS

   ★ A & A LEGAL SERVICE ★

   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 98-13
   (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Mar. 20, 2008

(LISA M. SANTOS)

Judicial Council Form    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS CIVIL/CASE    2082800.44356

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA


E-filing

| | |
|---|---|
| Gary Mitchell Schorr Rev. Trust U/A DTD 3-20-98, Individually and on Behalf of All Others Similarly Situated, | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER: |
| V. | |
| SiRF Technology Holdings, Inc., Diosdado P. Banatao, Michael L. Canning, Geoffrey Ribar and Kanwar Chadha | CV 08 1121 MMC |

TO: (Name and address of defendant)

SiRF Technology Holdings, Inc.
217 Devcon Drive
San Jose, CA 95112

*And the above Named Defendants*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jordan L. Lurie
WEISS & LURIE
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024

Telephone: (310) 208-2800

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK

FEB 25 2008
DATE